

# Fourth Court of Appeals
## San Antonio, Texas

October 29, 2018

No. 04-18-00404-CR

Maxwell Lynn **JORDAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR1752
Honorable Joey Contreras, Judge Presiding

# O R D E R

Appellant's court-appointed attorney filed a brief pursuant to *Anders v. California*, 368 U.S. 738 (1967). On October 15, 2018, appellant filed a motion requesting access to the appellate record. *See Kelly v. State*, 436 S.W.3d 313, 320–21 (Tex. Crim. App. 2014). On October 18, 2018 this court granted appellant's motion to access the record, ordered that the district clerk of Bexar County prepare and send a full and complete duplicate copy of the clerk's record and the reporter's record for cause number 2015CR1752 to appellant, and ordered that the district clerk file written notice in this court within ten days confirming the date the record was sent to appellant. This court further ordered that if, after reviewing the record, appellant desires to file a pro se appellate brief, he must do so within thirty days from the date this court receives written notice that the record was sent to appellant by the district clerk. On October 19, 2018, the district clerk filed written notice confirming that the clerk's record, the supplemental clerk's record, and the reporter's record were sent to appellant on the same date.

On October 25, 2018, appellant filed a "Pro Se Motion for Access to Appellate Record and Motion Requesting Extension of Time to File Respon[s]e to Counsel's Ander[s] Brief," stating he had not received a copy of the record and requesting an extension of thirty days from the date he receives the record to file a pro se response to counsel's *Anders* brief. Although filed in this court on October 25, 2018, appellant's motion is dated October 22, 2018.

Because the district clerk has filed written notice confirming that the clerk's record, the supplemental clerk's record, and the reporter's record were sent to appellant on October 19,

2018, appellant's motion filed October 25, 2018 is DENIED AS MOOT. Appellant has thirty days from October 19, 2018, or until November 19, 2018, to file a pro se appellate brief in this court.

Appellant is advised that a pro se appellate brief is not a response to counsel's *Anders* brief, but rather an appellate brief that must comply with the Texas Rules of Appellate Procedure and this court's Local Rules. Appellant is further advised that as a pro se litigant representing himself on appeal, he will be *"held to the same standards as licensed attorneys and must comply with applicable laws and rules of procedure." Shull v. United Parcel Serv., 4 S.W.3d 46, 52–53 (Tex. App.—San Antonio 1999, pet. denied).*

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of October, 2018.



_Keith E. Hottle_
Keith E. Hottle
Clerk of Court